UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEW YORK *ex rel.* MICHELE MARTINHO,<br><br>Plaintiffs,<br><br>v.<br><br>GRAMERCY CARDIAC DIAGNOSTIC SERVICES P.C. and KLAUS PETER RENTROP,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>GRAMERCY CARDIAC DIAGNOSTIC SERVICES P.C. and KLAUS PETER RENTROP,<br><br>Defendants. | 18 Civ. 7400 (JMF) |

WHEREAS, by notice dated September 15, 2023, the United States intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated June 9, 2022, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the United States' Notice of Election to Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendants, and the Relator; the Stipulation and Order of Settlement and Release Between the United States and the Relator; the State of New York's Notice of Election of Partial Intervention for Purposes of Settlement; the Stipulation and Order of Settlement entered into by the State of New York, Defendants, and the Relator; and the Relator's Complaint.

SO ORDERED:

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

Date: __September 18__, 2023